## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roy Anderson,                                                  Civil No. 07-2619 (DWF/RLE)

       Plaintiff,

v.                                                                              **ORDER**

United States of America,

       Defendant, and
       Third-Party Plaintiff,

v.

Michael Chad Beaulieu, Joe Beaulieu
and Michael Shannon Beaulieu,

       Third-Party Defendants.

---

Gary M. Hazelton, Esq., Hazelton Law Firm PLLC, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

      Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

      **IT IS HEREBY ORDERED** that:

      1.    That the Motion of the Government for Sanctions (Doc. No. 47) is **GRANTED**.

2. That the Third-Party Defendant Michael Chad Beaulieu is precluded from offering any evidence at trial, as a sanction for his misconduct.

Dated:  September 17, 2008        s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court